CO-386-online<br>10/03

# United States District Court
# For the District of Columbia

QIN'S, INC.                                     )
                                                )
                                                )
                                                )
                        Plaintiff               )     Civil Action No._____
          vs                                    )
                                                )
SUPERIOR LINK INTERNATIONAL, INC. AND            )
HARTFORD FIRE INSURANCE COMPANY                  )
                                                )
                                                )
                        Defendant                )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Qin's, Inc.  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Qin's, Inc.  which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

137935                                           Peter S. Herrick
_____                   _____
BAR IDENTIFICATION NO.                            Print Name

                                                 3520 Crystal View Court
                                                 _____
                                                 Address

                                                 Miami, FL   33133
                                                 _____
                                                 City            State          Zip Code

                                                 305-858-2332
                                                 _____
                                                 Phone Number