AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

QIN'S, INC.,

        Plaintiff,

V.

SUPERIOR LINK INTERNATIONAL, INC. and
HARTFORD FIRE INSURANCE COMPANY,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00305

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/7/2007

TO: (Name and address of Defendant)

Superior Link International, Inc.
380 S. Lemon Avenue
Walnut, CA 91789

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter S. Herrick
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      FEB - 8 2007
CLERK                                            DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT)  Peter S. Herrick | TITLE  Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted:  Defendant refused service by U.S. Certified Mail/ Return Receipt

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| NA | $7.52 | $7.52 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/08/2007
             Date

*Signature of Server*
Peter S. Herrick
Peter S. Herrick PA
3520 Crystal View Court
Miami, FL  33133
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 2150 0000 0684 1387**
Status: **Refused**

Your item was refused by the addressee at 5:02 PM on March 1, 2007 in WALNUT, CA 91789 and is being returned to the sender. Information, if available, is updated every evening. Please check again later.

( Additional Details > )  ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

### Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



SENDER: COMPLETE THIS SECTION / COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X                                                     ☐ Agent
                                                      ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

1. Article Addressed to:

Lisa Wong
Superior Link International

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0000 0684 1387

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

PETER S. HERRICK, P.A.
3520 Crystal View Court
Miami, FL 33133

7006 2150 0000 0684 1387

RETURN TO SENDER

☐ MOVED, LEFT NO ADDRESS
☐ ATTEMPTED — NOT KNOWN
☐ UNCLAIMED
☒ REFUSED
☐ NO SUCH STREET
☐ NO SUCH NUMBER
☐ INSUFFICIENT ADDRESS
☐ NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD

UNITED STATES POSTAL SERVICE