UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QIN'S, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07CV00305 (RWR) |
| | ) |
| SUPERIOR LINK INTERNATIONAL, INC. | ) |
| | ) |
| and | ) |
| | ) |
| HARTFORD FIRE INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Qin's, Inc., by and through its undersigned counsel, hereby voluntarily dismisses this action commenced against the defendants, Superior Link International, Inc. and Hartford Fire Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1). This action shall be dismissed with prejudice and each party shall bear their own costs. This action may be dismissed without an Order of the Court due to the fact that the Plaintiff filed its Stipulation before service by either of the two adverse parties of any answers or of any motions for summary judgment pursuant to Fed. R. Civ. P. 41(a)(1)(I).

Respectfully submitted,

/s/
PETER S. HERRICK, D.C. Bar # 137935
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, Florida 33133
Tel.:   305-858-2332
Fax.:   305-858-6347
Email:  pherrick@bellsouth.net
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the "Plaintiff's Stipulation of Voluntary Dismissal With Prejudice" will be mailed by U.S. First Class Mail to Lisa Wong, Registered Agent for Superior Link International, Inc., 380 S. Lemon Avenue, Walnut, CA 91789 and Daniel Shapiro, Esq., Barnes & Richardson, Attorneys for Hartford Fire Insurance Company, at 475 Park Avenue South, 25th Floor, New York, NY 10016 on April 5, 2007.

Peter S. Herrick